BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:      (916) 554-2709
Facsimile:      (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
APR 28 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>10011 COLLINGS RD.<br>WILTON, CALIFORNIA | S.W. NO. 11-SW-0170-EFB<br><br>ORDER CONCERNING GOVERNMENT'S EX PARTE MOTION TO UNSEAL SEARCH WARRANT, APPLICATION FOR SEARCH WARRANT, AND ACCOMPANYING AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, and accompanying affidavits underlying the search warrant in the above-captioned proceeding be and are hereby UNSEALED.

Date: 4-28-2011
      4-28-11

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1   ORDER CONCERNING GOVERNMENT'S EX PARTE
    MOTION TO UNSEAL SEARCH WARRANT, APPLICATION
    FOR SEARCH WARRANT, AND ACCOMPANYING
    AFFIDAVITS [IN THE MATTER OF THE SEARCH OF:
    10011 COLLINGS RD., WILTON, CA,
    S.W. NO. 11-SW-0170-EFB]